# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| VLADIMIR JEAN BAPTISTE, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-23 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

### ORDER

Presently before the Court is the Magistrate Judge's November 21, 2016, Report and Recommendation, (dkt. no. 15), to which Petitioner Vladimir Jean Baptiste ("Baptiste") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's November 21, 2016, Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Baptiste's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, (dkt. no. 1), and **DENIES** Baptiste leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14 day of December, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA